UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATHANIEL O'BLEANIS,

                              Plaintiff,

-v-

JOSEPH GELLMAN,

                              Defendant.

21 Civ. 9617 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The case management conference in this case, scheduled for June 17, 2022, at 10 a.m., will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 15, 2022
       New York, New York