UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATHANIEL O'BLEANIS, | |
| Plaintiff, | 21 Civ. 9617 (PAE) |
| -v- | ORDER |
| JOSEPH GELLMAN, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

At today's conference, the parties represented to the Court that settlement in this case was imminent. Accordingly, the parties are directed, by July 15, 2022, to notify the Court whether a settlement in principle has been reached. If no settlement in principle has been reached by that date, the Court will contact the parties over email to determine their availability for trial, and set a trial date and deadlines for pretrial submissions.

As discussed at the conference, the Court further sets August 5, 2022 as a control date for plaintiff's independent medical examination. For avoidance of doubt all other discovery remains closed.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 17, 2022
       New York, New York